IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SMITH,

    Plaintiff,                      No. 2:08-cv-2492 LKK JFM (PC)

    vs.

SGT. R. STOVALL, et al.,

    Defendants.               ORDER

                              /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On April 16, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Auigriu and Souce was returned unserved because these defendants could not be located with the information provided. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the complaint filed October 20, 2008;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

   a. One completed USM-285 form for defendants Auigriu and Souce;

   b. Three copies of the endorsed complaint filed October 20, 2008; and

   c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: November 11, 2009.

UNITED STATES MAGISTRATE JUDGE

/mp
smit2492.8e

```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MICHAEL SMITH,
11          Plaintiff,                  No. 2:08-cv-2492 LKK JFM (PC)
12      vs.
13  SGT. R. STOVALL, et al.,            NOTICE OF SUBMISSION
14          Defendants.                 OF DOCUMENTS
15  _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          _____    completed summons form
19            2       completed USM-285 forms
20            3       copies of the October 20, 2008
                                    Complaint
21  DATED:
22
23                                      _____
24                                      Plaintiff
25
26
```