IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHEAL SMITH,

    Plaintiff,               No. 2:08-cv-2492-LKK-JFM (PC)

    vs.

R. STOVALL, et al.,

    Defendants.        ORDER

                                  /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed two documents, one styled as a motion for a "default injunction" and one as a request for default judgment. Both contain allegations concerning plaintiff's access to legal materials and the court, but neither is in the proper form for a request for injunctive relief nor are they supported by any evidence.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 16, 2010 and September 2, 2010 motions are denied without prejudice.

DATED: September 23, 2010.

                                                /s/ John F. Moulds
                                          UNITED STATES MAGISTRATE JUDGE

12;smit2492.o