IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHEAL SMITH,

    Plaintiff,        No. 2:08-cv-2492 LKK JFM (PC)

  vs.

R. STOVALL, et al.,        <u>ORDER AND</u>

    Defendants.        <u>REVISED SCHEDULING ORDER</u>

_____/

        Defendants have moved to modify the trial date set in the scheduling order filed in this action on December 3, 2010. Good cause appearing, defendants' motion will be granted. Except as modified herein, the provisions of the December 3, 2010 scheduling order remain in full force and effect.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants' January 6, 2011 motion to modify the scheduling order is granted;

        2. The parties shall file pretrial statements in accordance with the schedule set in the court's December 3, 2010 scheduling order, and pretrial conference on the papers remains set for March 18, 2011 before the undersigned.

/////

/////

1

3. Jury trial of this matter before the Honorable Lawrence K. Karlton is continued from August 2, 2011at 10:30 a.m. to November 29, 2011 in Courtroom 4.

DATED: January 13, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
smit2492.41sjdrev