UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHEAL SMITH,

        Plaintiff,        No. 2:08-cv-2492 LKK JFM (PC)

  vs.

R. STOVALL, ET AL.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Micheal Smith, inmate # F67279, a necessary and material witness in proceedings in this case on September 12, 2011, is confined in High Desert State Prison, 475-750 Rice Canyon Road, PO Box 750, Susanville, CA 96127-0750, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at High Desert State Prison, September 12, 2011, at 11:15 a.m.  In the event that video-conferencing equipment is not available, the custodian shall produce the inmate in person in Courtroom # 4, at the United States District Court, 501 I Street, Sacramento, California 95814 at the date and time set in this order.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing or in person before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, High Desert State Prison, 475-750 Rice Canyon Road, PO Box 750 Susanville, CA 96127-0750:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing or in person in accordance with this order, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 28, 2011.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
smit2492.841