1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHEAL SMITH,

11              Plaintiff,                No. 2:08-cv-2492-LKK-JFM (PC)

12        vs.

13   R. STOVALL, et al.,

14              Defendants.               ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  This matter came on for trial confirmation hearing on September 12, 2011

18   before the undersigned.  Micheal Smith appeared in propria persona.  Misha Igra, Deputy

19   Attorney General, and William Downer, Deputy Attorney General, appeared as counsel for

20   defendants.

21              After hearing, and good cause appearing, IT IS HEREBY ORDERED that:

22              1.  Jury trial of this matter is tentatively confirmed for November 29, 2011, at

23   10:30 a.m. in Courtroom # 4.

24              2.  Defendants' request for a separate trial on the issue of punitive damages is

25   granted.

26   /////

1

1          3.  Defendants' request for clarification of when payment of expenses ordered by

2 the magistrate judge is due is referred to the magistrate judge.

3 DATED:   September 13, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT