IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHEAL SMITH,

      Plaintiff,                      No. 2:08-cv-2492-LKK-JFM (PC)

    vs.

R. STOVALL, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 23, 2010, this court awarded defendants expenses of plaintiff's failed May 27, 2010 video deposition in the amount of $950.00. On September 12, 2011, a trial confirmation hearing was held before the district court. The order issued after that hearing refers to the undersigned a request by defendants for clarification of when payment of said expenses is due.

        The award of expenses ordered by this court gave rise to a monetary obligation owed by plaintiff to defendants. That obligation arose at the time this court's order became final.

/////

/////

/////

1

1  The award is in the nature of a judgment, albeit not yet a final one, enforceable like any other
2  monetary judgment entered in a federal court.
3         IT IS SO ORDERED.
4  DATED: November 7, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
smit2492.clar