1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10 MICHAEL SMITH,

NO. CIV. S-08-2492 LKK/JFM

11          Plaintiff,

12      v.

13 R. STOVALL, et al.,

O R D E R

14          Defendants.

15 _____/

16      Pending before the court is a motion by defendants to dismiss

17 the case for plaintiff's alleged failure to obey a court order.

18      On September 23, 2010, Magistrate Judge Moulds issued an order

19 awarding expenses to defendant for plaintiff's failure to attend a

20 video deposition scheduled for May 27, 2010. The magistrate judge

21 awarded defendants $950 in expenses. ECF No. 59. Plaintiff has not

22 paid the expenses. At the trial confirmation hearing on September

23 12, 2011, defendants requested clarification of when the payment of

24 the   expenses   was   due.   This   court   referred   the   request   for

25 clarification   to   the   magistrate   judge.   On   November   7,   2011,

26 Magistrate Judge Moulds issued an order stating: "The award of

1

1   expenses ordered by this court gave rise to a monetary obligation

2   owed by plaintiff to defendants. That obligation arose at the time

3   this court's order became final. The award is in the nature of a

4   judgment, albeit not yet a final one, enforceable like any other

5   monetary judgment entered in a federal court." ECF No. 77.

6        A trial in this matter is currently set for November 29, 2011.

7   Plaintiff has not yet filed an opposition to the motion to dismiss.

8   Accordingly, the court ORDERS as follows:

9        [1] The trial date is VACATED, subject to be reset after the

10        court rules on the pending Motion to Dismiss.

11        [2] Plaintiff is ORDERED to file an opposition to the Motion

12        to Dismiss within ten (10) days of the issuance of this order.

13        IT IS SO ORDERED.

14        DATED:   November 15, 2011.

15

16

17        LAWRENCE K. KARLTON
          SENIOR JUDGE

18        UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

2