1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHEAL SMITH,

11           Plaintiff,                    No. 2:08-cv-2492-LKK-JFM (PC)

12       vs.

13   R. STOVALL, et al.,

14           Defendants.                   ORDER TO SHOW CAUSE

15   _____/

16           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On November 8, 2011, defendants filed a motion to dismiss this action as a

18   sanction for plaintiff's failure to pay discovery expenses pursuant to an order filed September 23,

19   2010.  By order filed November 15, 2011, plaintiff was ordered to file an opposition to

20   defendants' motion to dismiss within ten days.  The ten day period has passed and plaintiff has

21   not filed an opposition to the motion to dismiss nor responded in any way to the November 15,

22   2011 order.

23           Accordingly, good cause appearing, IT IS HEREBY ORDERED that within ten

24   days from the date of this order plaintiff shall show cause in writing why this action should not

25   /////

26   /////

                                             1

be dismissed for failure to oppose defendants' motion, <u>see</u> Local Rule 230(l), and for failure to comply with the court's November 15, 2011 order.  Plaintiff is cautioned that failure to respond to this order will result in the dismissal of this action.

DATED: December 20, 2011.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT