IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHEAL SMITH,

    Plaintiff,                    No. 2:08-cv-2492-LKK-JFM (PC)

    vs.

R. STOVALL, et al.,

    Defendants.               ORDER

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  In view of this court's July 9, 2012 order, and good cause appearing, IT IS HEREBY ORDERED that this matter is set for trial confirmation hearing on September 4, 2012 at 11:15 a.m. in Courtroom # 4.  Plaintiff shall appear at the trial confirmation hearing by videoconference pursuant to the writ of habeas corpus ad testificandum issued concurrently with this order.

DATED: July 13, 2012.

                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT